UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICIA SOFIA

          Plaintiff,

   v.

Civil Action No. 13-CV-6493

COMMONWEALTH FINANCIAL SYSTEMS, INC.

          Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Patricia Sofia, hereby voluntarily dismisses this action against Defendant Commonwealth Financial Systems, Inc. with prejudice.

DATED:     April 24, 2014

/s/Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884